UNIVERSAL INSURANCE COMPANY AND UNIVERSAL IN-DEMNITY INSURANCE COMPANY, APPELLANTS, v. STATE BOARD OF TAX APPEALS OF THE STATE OF NEW JERSEY ET AL., RESPONDENTS.

Argued February 4, 1938—Decided April 29, 1938.

For the appellants, *Child, Riker, Marsh & Shipman*.

For the respondents, *John A. Matthews*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Perskie in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-KER, DONGES, DEAR, WELLS, WOLFSKEIL, RAFFERTY, JJ. 8.

*For affirmance as to first and third counts only*—CASE, HET-FIELD, WALKER, JJ. 3.

*For reversal as to first and third counts*—None.

*For reversal as to second and fourth counts only*—CASE, HETFIELD, WALKER, JJ. 3.